Paulus F. B. Koenig, appellee, v. Edward C. Carrington, appellant. Gen. No. 32,978.

Opinion filed February 27, 1929.

Alden, Latham & Young, for appellant; Hobart P. Young, of counsel. Deneen, Healy & Lee, for appellee; John J. Healy, of counsel.

Mr. Justice Ryner delivered the opinion of the court.

Esther Joy, plaintiff-appellee, v. City of Chicago, defendant-appellant. Gen. No. 32,984.

Opinion filed February 27, 1929.

Samuel A. Ettelson, Corporation Counsel and William D. Saltiel, City Attorney, for appellant; Charles M. McDonnell, Assistant City Attorney, E. Marshall, Amberg and Roy S. Gaskill, Assistant Corporation Counsel, of counsel. James H. Turner and Irwin M. Baker, for appellee.

Mr. Justice Wilson delivered the opinion of the court.

Anton M. Butchas, appellant, v. Frank L. Savickas, defendant. Metropolitan State Bank, garnishee, appellee. Gen. No. 33,016.

Opinion filed February 27, 1929. Rehearing denied March 19, 1929.

Pines, Morse & Stein, for appellant; Clarence T. Morse, of counsel. Frank A. Ramsey, for appellee; Ernest Saunders, of counsel.

Mr. Justice Wilson delivered the opinion of the court.

Jacob Ashkenazy, appellee, v. Sam Brown, appellant. Gen. No. 33,024.

Opinion filed February 27, 1929. Rehearing denied March 19, 1929.

Gallagher, Shulman & Abrams, for appellant. L. A. Sherwin, for appellee; Harry A. Biossat, of counsel.

Mr. Justice Wilson delivered the opinion of the court.